AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

CASE NUMBER: 08CV1643

V.

ASSIGNED JUDGE: JUDGE SHADUR

FUERTES SYSTEMS LANDSCAPING, INC.,
an Illinois corporation

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Fuertes Systems Landscaping, Inc.
c/o Rafael G. Hurtado, Registered Agent
2007 Cumberland Drive
Plainfield, IL  60544

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Anya Ellis_

(By) DEPUTY CLERK

March 20, 2008

Date



```
CASE NUMBER.                                                      SHERIFF'S OFFICE
                                                          ATTORNEY
------------------------------------------  ==================================
                                            BAUM SIGMAN AUERBACH & NEUMAN, LTD
WILLIAM E DUGAN, ET AL                      200 W ADAMS ST
    -VS-                                    SUITE 2200
FUERTES SYSTEMS LANDSCAPING, IN             CHICAGO, IL 60606       PAID

=========== DESCRIPTION ===============    ========= ATTEMPTED SERVICES =========
                                                   DATE        TIME       BADGE #
SUMMONS & COMPLAINT

  ISSUED:  3/31/08      EXPIRES:  4/19/08
  FEES:    50.00        EVC/DEP:

======== PERSON TO BE SERVED =========

FUERTES SYSTEMS LANDSCAPING INC             NOTES:
2007 CUMBERLAND DRIVE                       SERVE/  C/O RAFAEL G HURTADO REG AGENT
PLAINFIELD, IL 60544
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ SUBPOENA ___ NOTICE ___ JUDGEMENT ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION. ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ✓ SERVICE ON: ✓ CORPORATION ___ COMPANY ___ BUSINESS by leaving a COPY OF THE ✓ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED: ___ MOVED ___ NOT LISTED ___ RETURNED BY ATTY. ___ EXPIRED ___ NO CONTACT ___ NO SUCH ADDRESS ___ DECEASED ___ OTHER REASON

PERSON TO BE SERVED: Fuertes Systems Landscaping Inc
SERVING ADDRESS: 2007 Cumberland Dr. Plainfield
WRIT SERVED ON: Irma Hurtado          RELATIONSHIP: Sister
SEX F (M/F)  RACE H  DOB 36
THIS 3 DAY OF April 20 08  TIME 1130 HOURS
PAUL J. KAUPAS, SHERIFF, BY _____  DEPUTY # 738
REMARKS: _____

AML80910943