IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 1643 |
| | ) | |
| FUERTES SYSTEMS LANDSCAPING, | ) | JUDGE MILTON I. SHADUR |
| INC., an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND
FOR AN ORDER DIRECTING AN AUDIT**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing an audit of the payroll books and records of FUERTES SYSTEMS LANDSCAPING, INC., an Illinois corporation, Defendant herein, said Defendant having failed to answer or otherwise plead to the Complaint and an audit being necessary to liquidate Plaintiffs' claims.  Specifically, Plaintiffs' auditors require the following documents to complete the audit of Defendant's payroll books and records:

- Specific job descriptions for all employees
- Quickbooks payroll reports or comparable for all employees from March 1, 2006 through December 31, 2007 showing hours worked and paid and wag rates
- 2006 Form 940; 2007 Form 940
- 2006 Illinois 941's for all four quarters
- 2006 time sheets for all other employees not reported to Local 150
- 2007 payroll tax returns for all four quarters including 941's, Illinois 941's, and Illinois UC-3's
- 2007 W-2's and W-3; 2007 1099's
- 2007 cash disbursement journals
- 2007 time sheets for all employees

On April 3, 2008, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his sister, Irma Hurtado) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto).  Therefore, Defendant's answer was due on April 23, 2008.  As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Fuertes Systems\2008\motion.bpa.df.wpd

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and for an Order Directing an Audit) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 2nd day of May 2008:

    Mr. Rafael G. Hurtado, Registered Agent
    Fuertes Systems Landscaping, Inc.
    2007 Cumberland Drive
    Plainfield, IL   60544


            /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Fuertes Systems\2008\motion.bpa.df.wpd

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

CASE NUMBER: 08CV1643

V.

ASSIGNED JUDGE: JUDGE SHADUR

FUERTES SYSTEMS LANDSCAPING, INC.,
an Illinois corporation

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Fuertes Systems Landscaping, Inc.
c/o Rafael G. Hurtado, Registered Agent
2007 Cumberland Drive
Plainfield, IL  60544

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Anya Ellis*
(By) DEPUTY CLERK

March 20, 2008
Date

```
CASE NUMBER                                              ATTORNEY OFFICE
-------------------------------------------   =================================
                                              ATTORNEY
                                              BAUM SIGMAN AUERBACH & NEUMAN, LTD
WILLIAM E DUGAN, ET AL                        200 W ADAMS ST
     -VS-                                     SUITE 2200
FUERTES SYSTEMS LANDSCAPING, IN               CHICAGO, IL 60606         PAID

=========== DESCRIPTION ============          ========= ATTEMPTED SERVICES =========
                                              DATE        TIME          BADGE #
SUMMONS & COMPLAINT

ISSUED:  3/31/08       EXPIRES:  4/19/08
FEES:    50.00         EVC/DEP:

======== PERSON TO BE SERVED =========

FUERTES SYSTEMS LANDSCAPING INC               NOTES:
2007 CUMBERLAND DRIVE                         SERVE/  C/O RAFAEL G HURTADO REG AGENT
PLAINFIELD, IL 60544
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ SUBPOENA ___ NOTICE ___ JUDGEMENT ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION. ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ✓ SERVICE ON: ✓ CORPORATION ___ COMPANY ___ BUSINESS by leaving a COPY OF THE ✓ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
    ___ MOVED  ___ NOT LISTED  ___ RETURNED BY ATTY.  ___ EXPIRED
    ___ NO CONTACT  ___ NO SUCH ADDRESS  ___ DECEASED  ___ OTHER REASON

PERSON TO BE SERVED: Fuertes Systems Landscaping Inc
SERVING ADDRESS: 2007 Cumberland Dr. Plainfield
WRIT SERVED ON: Irma Hurtado         RELATIONSHIP: Sister
        SEX F (M/F)  RACE H  DOB 26
THIS 3 DAY OF April 20 08 TIME 1130 HOURS
PAUL J. KAUPAS, SHERIFF, BY _____ DEPUTY # 739
REMARKS: _____

AML80910943