IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 1643 |
| | ) | |
| FUERTES SYSTEMS LANDSCAPING, | ) | JUDGE MILTON I. SHADUR |
| INC., an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:    Mr. Rafael G. Hurtado, Registered Agent
Fuertes Systems Landscaping, Inc.
2007 Cumberland Drive
Plainfield, IL   60544

YOU ARE HEREBY NOTIFIED that on **FRIDAY**, the **9TH** day of **MAY 2008** at **9:15 A.M.,** or as soon thereafter as counsel can be heard, we shall appear before the Honorable Milton I. Shadur, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2303, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing an Audit.  A copy of said motion is hereby served upon you.

/s/   Beverly P. Alfon

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 2nd day of May 2008:

      Mr. Rafael G. Hurtado, Registered Agent
      Fuertes Systems Landscaping, Inc.
      2007 Cumberland Drive
      Plainfield, IL   60544


      /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\Fuertes Systems\2008\notice of motion.bpa.df.wpd